UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:26-cv-22352-LEIBOWITZ

XIOMER JUSUE COLINA OSPINA,

    *Petitioner*,

*v.*

WARDEN, KROME NORTH SERVICE
PROCESSING CENTER,

    *Respondent.*

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on the Emergency Notice Regarding Petitioner's Health, Transfer, and Lack of Notice of Court Order (the "Notice") [ECF No. 11], filed on May 1, 2026. On April 22, 2026, this Court granted Petitioner's habeas petition in part, requiring the Government to provide Petitioner an individualized bond hearing within fourteen (14) days of the entry of that Order. [*See* ECF No. 9 at 4 ¶¶ 1–2]. According to the Notice, purportedly filed by Petitioner's sister, she attempted to visit Petitioner at Krome on April 29 when she was informed that Petitioner had been transferred to a detention facility in Arizona. [*See* ECF No. 11 at 1].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Government shall, **no later than May 6, 2026**, **SHOW CAUSE** in writing explaining whether Petitioner was transferred outside this District, and if he was, whether the Government did so prior to Petitioner's bond hearing. Failure to respond by the above deadline may result in sanctions *without further notice*.

**DONE AND ORDERED** in the Southern District of Florida on May 1, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record