UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-22352-LEIBOWITZ

XIOMER JUSUE COLINA OSPINA,

Petitioner,

v.

WARDEN, KROME NORTH SERVICE
PROCESSING CENTER,

Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Government's Response to Order to Show Cause [ECF No. 14], filed on May 6, 2026.  The Government provided an affidavit from a deportation officer that ICE ERO "intends to release the Petitioner from custody on May 6, 2026[.]"  [Supplemental Declaration of Supervisory Detention and Deportation Officer James R. Gamboa, ECF No. 14-1 ¶ 17].

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Government shall file a status report **no later than May 11, 2026**, detailing whether Petitioner has, in fact, been released from custody in Miami, Florida.  The *Clerk* is *directed* to **DISCHARGE** this Court's May 1, 2026, Order to Show Cause [ECF No. 12].  This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on May 7, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record